**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Turney Williams | No. CV-95-1687-PHX-RCB |
| Petitioner, | DEATH PENALTY CASE |
| vs. | |
| Terry Stewart, et al., | **ORDER** |
| Respondents. | |

This Court having entered judgment,

**IT IS ORDERED** that the Clerk of Court shall expeditiously return the state court records received on October 26 and November 7, 1995 (Docs. 24, 75) to the Clerk of the Arizona Supreme Court, 1501 W. Washington Street, Phoenix, Arizona 85007-3329.

DATED this 1st day of December, 2010.

Robert C. Broomfield
Senior United States District Judge